UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 18-1748

RETURN OF SERVICE

Troy Alexander

vs.

Moore Enterprises &Kevin Moore

_____/

ss.

I, **Timothy Weldon**, a competent adult, being duly sworn according to law, depose and say that at **5:34pm** on **07/23/2018**, I served **Craig Moore at 201 Avondale Drive, North Wales, PA. 19454** in the manner described below:

☑ **Defendant(s) personally served.**

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☐ Other:

a true and correct copy of **SUMMONS AND COMPLAINT** issued in the above captioned matter.

Description:
Sex: MALE – Age: 40-45 – Skin: BLACK – Hair: Brown – Height: 5'9 – Weight: 220

X_____
Timothy Weldon – Cert/Appt#: none
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:  – Our File# **99975**

Law Firm: **BELL &BELL**
Attorney: **Christopher A. Macey, Jr., Esq.**
Address: **1617 JOHN F. KENNEDY BLVD. SUITE 1245, PHILA, PA, 19103**
Telephone: **215.569.2500**