## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY ALEXANDER,<br><br>        PLAINTIFF,<br><br>v.<br><br>MOORE ENTERPRISES, et al.<br><br>        DEFENDANTS. | Civil Action No. 2:18-cv-1748-AB |

## ORDER

AND NOW, on this <u>2nd</u> day of <u>January</u>, 2019, after an assessment of damages hearing held on January 2, 2019 at 10:30 A.M., it is hereby **ORDERED** and **DECREED** that damages are assessed in favor of Plaintiff and against Defendants as follows:

Backpay damages are awarded in the amount of $49,575.00.

Unpaid wages are awarded in the amount of $1,500.00.

Liquidated damages on Mr. Alexander's unpaid wages are awarded in the amount of $375.00.

Emotional distress damages are awarded in the amount of $3,000.00.

Attorneys' fees are awarded in the amount of $8,645.00.

Litigation costs are awarded in the amount of $849.00.

Judgment is hereby entered in favor of Plaintiff Troy Alexander and against Defendants Moore Enterprises and Kevin "Craig" Moore, jointly and severally, in the total amount of $63,944.00.

BY THE COURT:

_____
The Honorable Anita B. Brody

Copies via ECF 1/2/19